LAW OFFICE OF
# BENJAMIN SILVERMAN

224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/28/2021

June 27, 2021

**By ECF**
Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re: *United States v. Robert Haughton*, 15 Cr. 95 (AJN)

Your Honor:

    I was the duty day CJA attorney who handled Robert Haughton's arraignment on two Violation of Supervised Release (VOSR) specifications on Friday, June 25, 2021, in the above-captioned case. I conferred with Mr. Haughton's prior CJA counsel, Michael Schachter, and we believe it is best if I continue to represent Mr. Haughton for this matter. I therefore respectfully request that the Court appoint me to represent Mr. Haughton for purposes of his VOSR pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Mr. Haughton has previously completed a financial affidavit and been approved for CJA representation. Dkt. 104. I have attached a proposed order.

    Thank you for your consideration.

                                Respectfully submitted,

                                /s/ Benjamin Silverman
                                Benjamin Silverman

cc: Counsel of Record (by ECF)

> Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and the discretion of the Court, the Court hereby appoints Benjamin Silverman to represent Robert Haughton as CJA counsel for purposes of a Violation of Supervised Release proceeding *nunc pro tunc* to June 25, 2021. Michael Schachter is relieved as CJA counsel for Mr. Houghton. The Clerk of Court is respectfully directed to terminate Michael Schachter's appearance.
> SO ORDERED.  6/28/2021      *Alison J. Nathan*