UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Robert Haughton,

                Defendant.

15-cr-95 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/21

ALISON J. NATHAN, District Judge:

    There is a preliminary revocation hearing scheduled in this matter for Thursday, September 9, 2021 at 10:00 a.m.  The proceeding will be held in-person in Courtroom 906 at the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York.

    The parties agreed at the proceeding before the Court on June 28, 2021, to submit a letter to the Court by September 6, 2021.  The Court is not in receipt of that letter.  Counsel is hereby ORDERED to submit the letter by September 7, 2021 at 5:00 p.m.

    SO ORDERED.

Dated: September 7, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1