UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Robert Haughton,

                Defendant.

15-cr-95 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/24/2021

ALISON J. NATHAN, District Judge:

    As stated on the record at the September 9, 2021 conference, the Court hereby revokes Mr. Haughton's current term of supervised release. *See* Minute Entry, Sept. 9, 2021.

    SO ORDERED.

Dated: September 23, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1