UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Robert Haughton,

                Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Due to the Court's schedule, the January 4, 2022 hearing scheduled in this matter is hereby ADJOURNED to January 18, 2022, at 11:00 a.m. The hearing will take place in Courtroom 906 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

    Defense counsel is ORDERED to submit a status letter by 12:00 p.m. on January 13, 2022.

    SO ORDERED.

Dated: December 31, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge