UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/22

United States,

–v–

Robert Haughton,

Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    A sentencing in this matter is scheduled for January 18, 2022 at 11:00 A.M. The Court is in receipt of Defendant's letter and waiver form consenting to a remote proceeding. Dkt. No. 3278. Accordingly, the proceeding will be conducted by videoconference via Microsoft Teams. The Court will separately provide the parties with instructions for accessing the conference. Members of the public may access the audio of the proceeding by calling 917-933-2166 and entering Conference ID 339467265.

    All persons accessing the proceeding must mute their lines unless given permission to unmute. Any recording or rebroadcasting of any portion of the proceeding is strictly prohibited. Violations of this order can result in fines or other sanctions.

    SO ORDERED.

Dated: January 13, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge