UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/22

United States of America,

–v–

Robert Haughton,

                Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    A sentencing in this matter is scheduled today, January 18, 2022 at 11:00 A.M. The Court's previous order docketed the incorrect public access dial-in information. *See* Dkt. No. 3279. Accordingly, members of the public may access the audio of the proceeding by calling 917-933-2166 and entering **Conference ID 875210834**.

    All persons accessing the proceeding must mute their lines unless given permission to unmute. Any recording or rebroadcasting of any portion of the proceeding is strictly prohibited. Violations of this order can result in fines or other sanctions.

    SO ORDERED.

Dated: January 18, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge