LAW OFFICE OF
**BENJAMIN SILVERMAN**
224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

January 18, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/2022

**By ECF**
Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Robert Haughton*, 15 Cr. 95 (AJN)

Your Honor:

SO ORDERED.
1/18/2022

    I represent Robert Haughton in the above-captioned case and I write with the government's consent respectfully to move to dismiss the open violation of supervised release (VOSR) specifications. Mr. Haughton surrendered on June 25, 2021, to face two VOSR specifications. He pled guilty to the first of the two specifications on September 9, leaving open the second specification for failing to notify the Probation Office when his address changed. When Mr. Haughton was sentenced this morning on the first of the two specifications, the parties neglected to ask the Court to dismiss the open specification. I have conferred with Assistant United States Attorney Mathew Andrews and the government consents to this motion to dismiss the open specification. Thank you for your consideration.

                Respectfully submitted,

                /s/ Benjamin Silverman
                Benjamin Silverman
                *Attorney for Robert Haughton*

cc: Counsel of record (by ECF)